UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAMEROOM SUPERSTORES, LLC,

    Plaintiff,

v.                                                    Case No: 8:13-cv-1528-T-30AEP

ED BRODSKY,

    Defendant.
_____

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (Dkt. #40).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of February, 2014.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-1528 dismiss 40.docx